Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 13 2021

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                Plaintiff,

v.

JEFFREY ANDREW SAMPSON,

                Defendant.

1:21-CR-2038-SMJ

INDICTMENT

Vio: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vii)
Manufacture of 100 or More Marijuana Plants

21 U.S.C. § 853
Forfeiture Allegations

The Grand Jury charges:

Beginning on a date unknown, but by on or about June 23, 2021 and continuing until on or about September 10, 2021 in the Eastern District of Washington, the Defendant, JEFFREY ANDREW SAMPSON, knowingly and intentionally manufactured 100 or more marijuana plants, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii), as set forth in this Indictment, the Defendant JEFFREY ANDREW SAMPSON, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

//
//
//
//
//
//

INDICTMENT – 2

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 13th day of October, 2021.

A TRUE BILL

Foreperson

*Vanessa R. Waldref* (signature)
Vanessa R. Waldref
United States Attorney

*Thomas J. Hanlon* (signature, by another)
Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT – 3