# CHARGES AND PENALTIES

**CASE NAME:** Jeffrey Andrew Sampson  **CASE NO.** 1:21-CR-2038-SMJ-1

TOTAL # OF COUNTS: 1   ☑ FELONY   ☐ MISDEMEANOR   ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2021

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 841 (a)(1), (b)(1)(B)(vii) | Manufacture of 100 or More Marijuana Plants | CAG not less than 5 years and not more than 40 years imprisonment; and/or $5,000,000 fine; 4 years to life supervised release; a $100 special penalty assessment |
|  | 21 U.S.C. § 853 | Forfeiture Allegations |  |