PROB 12C
(6/16)

Report Date: June 26, 2023

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 28, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeffrey Andrew Sampson                Case Number: 0980 1:21CR02038-EFS-1

Address of Offender:                    Yakima, Washington 98903

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 15, 2023

Original Offense:        Manufacture of Marijuana, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence:       Prison - 1 day              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Thomas J. Hanlon            Date Supervision Commenced: March 15, 2023

Defense Attorney:        Paul Shelton and Nick Mirr  Date Supervision Expires: March 14, 2026

### PETITIONING THE COURT

To issue a summons.

On March 29, 2023, supervised release conditions were reviewed and signed by Mr. Sampson. Mr. Sampson acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Jeffrey Sampson is alleged to be in violation of post conviction supervision by consuming controlled substance, methamphetamine, between June 10 and 11, 2023.

On March 29, 2023, Mr. Sampson was placed on a random colorline testing program through Merit Resource Services (Merit). Mr. Sampson is subject to three random drug tests per month.

On June 14, 2023, this officer was notified by Merit that Mr. Sampson missed his random drug test on June 13, 2023. This officer made telephone contact with Mr. Sampson and directed him to submit a make up drug test on June 14, 2023. Mr. Sampson submitted to a

Prob12C
Re: Sampson, Jeffrey Andrew
June 26, 2023
Page 2

drug test at Merit as directed on June 14, 2023, which tested presumptive positive for methamphetamine. Confirmation results were received on June 21, 2023, reflecting a positive result for methamphetamine. On June 15, 2023, this officer spoke with Mr. Sampson via telephone. He admitted he "did some stuff" over the prior weekend (June 10 and 11, 2023). Mr. Sampson signed a drug use admission form during his office visit on June 20, 2023.

2     **Mandatory Condition #3:** You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence:** Jeffrey Sampson is alleged to be in violation of post conviction supervision by consuming controlled substance, methamphetamine, between June 17 and 18, 2023.

On June 20, 2023, Mr. Sampson reported to the probation office as directed. This officer asked Mr. Sampson to submit to a random drug test. Mr. Sampson admitted his drug test would be positive as he consumed methamphetamine over the prior weekend (June 17 and 18, 2023). Mr. Sampson signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/26/2023

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

June 28, 2023
Date