PROB 12C
(6/16)

Report Date: June 28, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 28, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jeffrey Andrew Sampson | Case Number: 0980 1:21CR02038-EFS-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓ Yakima, Washington 98903 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: March 15, 2023 | |
| Original Offense: Manufacture of Marijuana, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: Prison - 1 day<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: March 15, 2023 |
| Defense Attorney: Paul Shelton and Nick Mirr | Date Supervision Expires: March 14, 2026 |

### PETITIONING THE COURT

To incorporate the below allegation with the previous petition submitted to the court on July 26, 2023, and uphold the summons requested in the that previous petition.

On March 29, 2023, supervised release conditions were reviewed and signed by Mr. Sampson. Mr. Sampson acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Jeffrey Sampson is alleged to be in violation of post conviction supervision by consuming controlled substance, methamphetamine, on or about June 24, 2023. |
| | On March 29, 2023, Mr. Sampson was placed on a random colorline testing program through Merit Resource Services (Merit). Mr. Sampson is subject to three random drug tests per month. |
| | On June 26, 2023, Mr. Sampson submitted to a random drug test at Merit, as his colorline color was called. Mr. Sampson admitted to consuming methamphetamine on or about June 24, 2023, and signed a drug use admission form. |

Prob12C
Re: Sampson, Jeffrey Andrew
June 28, 2023
Page 2

On June 27, 2023, Mr. Sampson reported to the probation office. He admitted he consumed methamphetamine "over the weekend," specifically June 24, 2023.

The U.S. Probation Office respectfully recommends the Court incorporate the above violations with the violations previously submitted to the Court, and issue a summons as requested in the petition dated June 26, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/28/2023

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

June 28, 2023

Date