PROB 12C
(6/16)

Report Date: July 5, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 05, 2023

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jeffrey Andrew Sampson | Case Number: 0980 1:21CR02038-EFS-1 |
| Address of Offender: ▪▪▪▪▪▪▪▪▪▪▪▪ Yakima, Washington 98903 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: March 15, 2023 | |
| Original Offense: Manufacture of Marijuana, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: Prison - 1 day<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: March 15, 2023 |
| Defense Attorney: Nick Mirr | Date Supervision Expires: March 14, 2026 |

### PETITIONING THE COURT

To incorporate the below allegations with the two previous petitions submitted to the Court on June 26 and 28, 2023, and issue a warrant.

On March 29, 2023, supervised release conditions were reviewed and signed by Mr. Sampson. Mr. Sampson acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Jeffrey Sampson is alleged to be in violation of post conviction supervision by failing to report to the probation office as directed on July 3, 2023.<br><br>Due to Mr. Sampson's continued controlled substance use, the below said officer placed Mr. Sampson on weekly reporting to the probation office.<br><br>On June 27, 2023, Mr. Sampson reported to the probation office as directed. The below said officer provided him a business card with written instructions directing him to report back to the office on July 3, 2023, by 12 p.m. Mr. Sampson failed to report. |

Prob12C
Re: Sampson, Jeffrey Andrew
July 5, 2023
Page 2

On July 3, 2023, this officer attempted to contact Mr. Sampson via his cellular telephone. The voice mail box was full; therefore, a message was not left. This officer sent Mr. Sampson two text messages; however, he failed to respond.

On July 5, 2023, Mr. Sampson sent a text message to this officer at 8:11 a.m. stating "on my way." Mr. Sampson reported to the office on July 5, 2023, and met with United States Probation Officer (USPO) Mowatt. He was questioned as to why he did not report as directed on July 3, 2023. Mr. Sampson stated he thought he did not have to report until he secured an inpatient treatment bed date. He further advised he was camping.

5     **Special Condition #2:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.

**Supporting Evidence:** Jeffrey Andrew Sampson is alleged to be in violation of post conviction supervision by failing to attend substance abuse outpatient treatment as directed on June 20, 2023

On June 21, 2023, this officer was notified by Merit Resource Services' (Merit) clinical supervisor that Mr. Sampson failed to attend substance abuse treatment on June 20, 2023. This officer made telephone contact with Mr. Sampson on June 26, 2023, surrounding the missed treatment group. Mr. Sampson stated he was "sick."

6     **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Jeffrey Andrew Sampson is alleged to be in violation of post conviction supervision by consuming a controlled substance, methamphetamine, on or about July 3, 2023.

On July 5, 2023, Mr. Sampson reported to the probation office. He was directed to submit to a random drug test, which tested presumptive positive for methamphetamine. Mr. Sampson signed a drug use admission form admitting to consuming methamphetamine.

The U.S. Probation Office respectfully recommends the Court incorporate the above violations with the violations previously submitted to the Court, and issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/05/2023

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

Prob12C
Re: Sampson, Jeffrey Andrew
July 5, 2023
Page 3

THE COURT ORDERS

[X]   The Issuance of a Warrant

[X]   The incorporation of the violation(s) contained in this pettion with the other violations pending before the Court.

[X]   Defendant to appear before the Magistrate Judge.

_Edward F. Shea_
Signature of Judicial Officer

7/5/2023
Date