PROB 12C
(6/16)

Report Date: January 2, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeffrey Andrew Sampson                    Case Number: 0980 1:21CR02038-EFS-1

Address of Offender: ███████████████ Yakima, Washington 98903

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 15, 2023

| | | |
|---|---|---|
| Original Offense: | Manufacture of Marijuana, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Prison - 1 day<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 26, 2023) | Prison - Time Served<br>TSR - Continue on Current Term<br>(to expire March 14, 2026) | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 15, 2023 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: March 14, 2026 |

## PETITIONING THE COURT

To issue a summons.

On March 29, 2023, supervised release conditions were reviewed and signed by Mr. Sampson. Mr. Sampson acknowledged an understanding of his conditions.

On October 26, 2023, Mr. Sampson's supervised release was revoked. On November 29, 2023, Mr. Sampson reviewed, signed and acknowledged his revocation judgment and conditions of release.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Jeffrey Sampson is alleged to be in violation of his post conviction supervision by consuming alcohol on or before December 12, 2023. |

Prob12C
**Re: Sampson, Jeffrey Andrew**
**January 2, 2024**
**Page 2**

On December 18, 2023, this officer received (via fax) random drug and alcohol testing results from Mr. Sampson's treatment provider through the Yakama Nation Tiinawit program. Per the results, Mr. Sampson submitted a confirmed positive alcohol test through Cordant Laboratory dated December 12, 2023.

This officer made telephone contact with Mr. Sampson's treatment counselor on December 18, 2023, who stated Mr. Sampson was initially given an on-site urine test. At that time he did not admit to any alcohol or controlled substance use, however, the sample was sent to Cordant Laboratory for alcohol testing, which returned confirmed positive for alcohol on December 14, 2023.

On December 18, 2023, Mr. Sampson met with his counselor. Per the counselor, Mr. Sampson stated he had a "sore tooth" and had been consuming Nyquil in order to sleep over the weekend of December 9 and 10, 2023; and on December 11, 2023, went to the doctor. To be noted, Mr. Sampson's random drug and alcohol test was collected on December 12, 2023.

On December 19, 2023, this officer made email contact with Mr. Sampson's treatment provider requesting levels relating to Mr. Sampson's confirmed positive urine test for alcohol collected on December 12, 2023.

On December 28, 2023, this officer received Cordant Laboratory results from Mr. Sampson's treatment provider. Per the lab results, Mr. Sampson had 4455 ng/mL of ethyl Glucuronide (EtG) in his urine. The cut off level for EtG is 250 ng/mL. Additionally, he had Ethyl Sulfate (ETS) at 1727 ng/mL. The cut off level for Ethyl Sulfate is 100 ng/mL.

On December 28, 2023, this officer made contact via email with Cordant Laboratory requesting additional information relating to the high levels of EtG and ETS noted in Mr. Sampson's drug test, and if they were consistent with typical Nyquil use or abusing alcohol. Per Cordant Laboratory Toxicology Support: "The level of EtG and ETS present in this sample would not be consistent with the use of Nyquil as directed. They are simply too high. The only thing we cannot account for is the misuse or abuse of the product. Taken as directed, the amount of alcohol ingested is very small but if someone were take large quantities of it, then it could cause this type of result. But it is important to keep in mind that Nyquil can be abused and not just for the alcohol. It also contains dextromethorphan which has hallucinogenic properties when ingested in large amounts."

This office then inquired (via email) how long Nyquil would stay in ones body if it were consumed in the morning and a drug test was collected 8-9 hours later. Per Cordant Laboratory Toxicology Support: "If they are taking it as directed, it shouldn't show up at all. So there isn't going to be an amount of time that it would be detectable. If they were misusing or abusing it, then it could be detectable from 1-3 days depending on how much they took but at that point it would be no different than just consuming alcohol."

On December 28, 2023, this officer received the following email from Mr. Sampson's treatment provider with the Tinnawit program: "I called Cordant Labs and was informed that Nyquil would not reach the levels of alcohol content in the specimen without the provider becoming violently ill. Since the patient didn't report this I presume it didn't happen."

Mr. Sampson denies consuming alcohol or abusing Nyquil.

Prob12C
**Re: Sampson, Jeffrey Andrew**
**January 2, 2024**
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 2, 2024

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

January 3, 2024

Date