PROB 12C
(6/16)

Report Date: January 16, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jeffrey Andrew Sampson | Case Number: 0980 1:21CR02038-EFS-1 |
| Address of Offender: ███████████  Yakima, Washington 98903 | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 15, 2023

| | | |
|---|---|---|
| Original Offense: | Manufacture of Marijuana, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Prison - 1 day<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 26, 2023) | Prison - Time Served<br>TSR - Continue on Current Term<br>(to expire March 14, 2026) | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 15, 2023 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: March 14, 2026 |

## PETITIONING THE COURT

To incorporate the below allegation with the previous petition submitted to the court on January 2, 2024, and uphold the summons requested in the that previous petition.

On March 29, 2023, supervised release conditions were reviewed and signed by Mr. Sampson. Mr. Sampson acknowledged an understanding of his conditions.

On October 26, 2023, Mr. Sampson's supervised release was revoked. On November 29, 2023, Mr. Sampson reviewed, signed and acknowledged his revocation judgment and conditions of release.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence:** Jeffrey Andrew Sampson is alleged to be in violation of post conviction supervision by consuming a controlled substance, methamphetamine, on or before January 8, 2024 |

Prob12C
**Re: Sampson, Jeffrey Andrew**
**January 16, 2024**
Page 2

On January 8, 2024, Mr. Sampson reported to the probation office as directed. A random drug test was collected, which tested presumptive positive for methamphetamine. The sample was sealed in front of Mr. Sampson and sent to Abbott Laboratory for confirmation. Results were received from Abbott Laboratory on January 16, 2024, confirming a positive reading for methamphetamine. Mr. Sampson denies drug use.

The U.S. Probation Office respectfully recommends the Court incorporate the above violation with the violation previously submitted to the Court, and uphold the summons issued on January 2, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 16, 2024

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

January 17, 2024

Date