PROB 12C
(6/16)

Report Date: February 21, 2024

# United States District Court

### for the

### Eastern District of Washington

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

**Feb 21, 2024**

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Jeffrey Andrew Sampson | Case Number: | 0980 1:21CR02038-EFS-1 |

Address of Offender: ███████████████, Yakima, Washington 98903

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 15, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Manufacture of Marijuana, 21 U.S.C. § 841(a)(1), (b)(1)(C) | | |
| Original Sentence: | Prison - 1 day<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(October 26, 2023) | Prison - Time Served<br>TSR - Continue on Current Term<br>(to expire March 14, 2026) | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | March 15, 2023 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: | March 14, 2026 |

## PETITIONING THE COURT

To incorporate the below allegation with the previous petitions submitted to the Court on 01/03/2024, 01/16/2024, and 01/17/2024.

On March 29, 2023, supervised release conditions were reviewed and signed by Mr. Sampson, acknowledging an understanding of his conditions.

On October 26, 2023, Mr. Sampson's supervised release was revoked. On November 29, 2023, Mr. Sampson reviewed and signed his revocation judgment and sentence acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1:** You must not commit another federal, state or local crime.<br><br>**Supporting Evidence:** Mr. Sampson is alleged to be in violation of his supervised release by being charged with third degree driving while license suspended, and operating a vehicle without an ignition interlock (case number 24Y005379), on February 20, 2024.<br><br>On February 20, 2024, this officer received a telephone call from a Yakima Police Department officer. Per the officer, he was checking a license plate while driving behind a vehicle in Yakima, Washington. Per the officer,  the vehicle he was driving behind returned |

Prob12C
Re: Sampson, Jeffrey Andrew
February 21, 2024
Page 2

back to Mr. Sampson as the registered owner. The officer noted, according to Mr. Sampson's driving status, it showed he had a suspended license and must have an ignition interlock in his vehicle. The officer initiated a traffic stop and noted the description of the driver matched that of Mr. Sampson.

Per the officer, after approaching the vehicle, Mr. Sampson identified himself and was located in the driver's seat. A female was in the passenger seat. Upon request, she provided a valid driver's license. The officer asked why the female was not driving as Mr. Sampson has a suspended driver's license and must have an ignition interlock installed in his vehicle. Per the officer, the female stated, "We were going up a hill and it's a stick shift."

According to the officer, Mr. Sampson told him he had a portable Breathalyzer device with him; however, the officer advised that device did not meet the requirement of an ignition interlock system. The officer advised he was citing Mr. Sampson for third degree driving while license suspended (DWLS3) and operating a vehicle without an ignition interlock (case number 24Y005379).

The U.S. Probation Office respectfully recommends the Court incorporate the above violation with the violations previously submitted to the Court, and uphold the summons issued on January 3, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 21, 2024

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Edward F. Shea

Signature of Judicial Officer

February 21, 2024
Date