UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2024

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Sampson, Jeffrey Andrew | Docket No. | 0980 1:21CR02038-EFS-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Jeffrey Andrew Sampson, who was placed under pretrial release supervision by the Honorable Alex C. Ekstrom sitting in the court at Yakima, Washington, on the 19th day of January 2024, under the following conditions:

**Magistrate order dated January 23, 2024 ( ECF No. 113) condition number 5**: Defendant shall participate in a portable Breathalyzer program. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 19, 2024, Mr. Sampson appeared before the Honorable Alex C. Ekstrom and additional conditions of supervision were imposed to include random Breathalyzer testing via a portable device. The additional conditions were reviewed with Mr. Sampson in court. Mr. Sampson verbally acknowledged an understanding of his conditions and requirements.

**Violation #1:** Mr. Sampson is alleged to be in violation of his conditions as noted above by skipping a random Breathalyzer test on February 17, 2024, at 2 p.m.

On January 19, 2024, Mr. Sampson appeared before the Court for an initial appearance on petitions. Mr. Sampson was ordered to submit to random Breathalyzer testing on a portable device.

On February 5, 2024, Mr. Sampson enrolled with the company, SmartStart, and received his portable Breathalyzer machine. Mr. Sampson is subject to four random tests per day. Additionally, Mr. Sampson knows when his testing time frames are as the testing times throughout the day are displayed on the device.

On February 17, 2024, this officer received email notification Mr. Sampson skipped his random Breathalyzer test at 2 p.m. on the above-noted date. This officer reviewed the report and observed Mr. Sampson submitted a test at 6:39 a.m., skipped the 2 p.m. test, and took another test at 5:02 p.m.; therefore, leaving a gap between tests of 10 ½ hours.

On February 19, 2024, this officer sent Mr. Sampson a text message asking why he skipped his Breathalyzer test on February 17, 2024. Per Mr. Sampson, he stated he submitted a test at 12 p.m. after returning from grocery shopping. He stated the machine does a test upload so he thought he was "all good." Additionally, he stated he made a payment during this time as well.

On February 20, 2024, this officer made email contact with SmartStart. Per SmartStart, Mr. Sampson did not submit a test at 12 p.m. on February 17, 2024. According to SmartStart, the screen on the device will display the next test, SmartStart sent this officer (via email) an example of what displays on the screen. Mr. Sampson's next test was displayed on his device for 2 p.m. SmartStart did confirm Mr. Sampson made a payment.

PRAYING THAT THE COURT WILL TAKE NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: February 21, 2024 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

February 22, 2024

Date