PROB 12C
(6/16)

Report Date: May 9, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jeffrey Andrew Sampson | Case Number: 0980 1:21CR02038-EFS-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉ Yakima, Washington 98903 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: March 15, 2023 | |
| Original Offense: | Manufacture of Marijuana, 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Original Sentence: | Prison - 1 day<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 26, 2023) | Prison - Time Served (25 days)<br>TSR - Continue on Current Term<br>(to expire March 14, 2026) | |
| Revocation Sentence:<br>(March 21, 2024) | Prison - Time Served (1 day)<br>TSR - Continue on Current Term<br>(to expire March 14, 2026) | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 15, 2023 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: March 14, 2026 |

### PETITIONING THE COURT

To issue a summons.

On March 29, 2023, a United States Probation Officer reviewed Mr. Sampson's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

On October 26, 2023, Mr. Sampson's supervised release was revoked. On November 29, 2023, Mr. Sampson reviewed, signed and acknowledged his revocation judgment and conditions of release.

On March 21, 2024, Mr. Sampson's supervised release was revoked. On April 3, 2024, Mr. Sampson reviewed, signed and acknowledged his revocation judgment and conditions of release.

On September 17, 2024, prior to his transfer to the low risk caseload, a U.S. Probation Officer reviewed the expectations of the low risk caseload with Mr. Sampson, at which time he was reminded that all condition of his supervision remain in effect while on the low risk caseload, but for the need for preauthorization to travel within the United States.

The probation officer believes the offender has violated the following condition of supervision:

Prob12C
Re: Sampson, Jeffrey Andrew
May 9, 2025
Page 2

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: Jeffrey Andrew Sampson is alleged to be in violation of post conviction supervision by consuming controlled substances, methamphetamine and amphetamine, on or about May 7, 2025. |
| | On May 7, 2025, Mr. Sampson reported to the probation office as requested. During this contact, Mr. Sampson completed a drug test, which was presumptive positive for methamphetamine and amphetamine. The offender adamantly denied any illicit drug use. After some conversation, the offender admitted to Deputy Chief U.S. Probation Officer Jose Vargas that he had ingested methamphetamine on May 3, 2025. The drug test was packaged and sent to Abbott Laboratory for confirmation. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 9, 2025

s/Maria Balles

Maria Balles
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Edward F. Shea

Signature of Judicial Officer

May 13, 2025
Date