PROB 12C
(6/16)

Report Date: May 21, 2025

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2025

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Jeffrey Andrew Sampson | Case Number: 0980 1:21CR02038-EFS-1 |
| Address of Offender: ▇▇▇▇▇▇ Yakima, Washington 98903 | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 15, 2023

| | | |
|---|---|---|
| Original Offense: | Manufacture of Marijuana, 21 U.S.C. § 841(a)(1), (b)(1)© | |
| Original Sentence: | Prison - 1 day; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (October 26, 2023) | Prison - Time Served (25 days) TSR - Continue on Current Term (to expire March 14, 2026) | |
| Revocation Sentence: (March 21, 2024) | Prison - Time Served (1 day) TSR - Continue on Current Term (to expire March 14, 2026) | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 21, 2024 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: March 14, 2026 |

**PETITIONING THE COURT**

Issue a warrant and incorporate the below allegation with the previous petition submitted to the Court on May 13, 2025.

On March 29, 2023, supervised release conditions were reviewed and signed by Mr. Sampson. Mr. Sampson acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Mr. Sampson is considered to be in violation of his supervised release for having incurred a new criminal charge on May 18, 2025, of driving under the influence/physical control, Yakama Nation Police Department, incident number 25-003170. |
| | According to the report filed by the Yakama Nation Tribal police, on May 18, 2025, at approximately 4:55 a.m., Mr. Sampson was contacted in reference to a traffic hazard and is alleged to have been operating his vehicle under the influence of alcohol and having physical |

Prob12C
Re: Sampson, Jeffrey Andrew
May 21, 2025
Page 2

control of his vehicle, as evidence by a strong odor of intoxicating beverage emanating from the vehicle, glossy eyes, slurred speech, and a breath alcohol content of approximately 0.200. When located by the tribal police, Mr. Sampson was found passed out in a white Ford F-150 truck that was parked in the middle of the roadway. There was a 24-ounce beer can in the cup holder.

Mr. Sampson was arrested at the time of the alleged offense. This matter remains pending.

3   **Special Condition #17**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Sampson is considered to be in violation of his supervised release for having consumed alcohol on or about May 18, 2025, as evidence by his arrest for driving under the influence/physical control, Yakama Nation Police Department, incident number 25-003170.

See the details, which are listed above in violation #2.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 21, 2025

s/Maria Balles

Maria Balles
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Edward F. Shea

Signature of Judicial Officer

May 21, 2025
Date